UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

S B ICE, LLC, a Florida limited liability company,

                               Plaintiff,                 Index No.
         -v-                                                       08 CV 3164

MGN, LLC d/b/a TOUCH, MUHAMET NIKEZI,           AFFIDAVIT OF
et al.                                                                 SERVICE
                                 Defendants.

---

STATE OF NEW YORK    }
COUNTY OF NEW YORK  }ss:

Caswell Bryan, being duly sworn, deposes and says: I am not a party to this action, am over 18 years of age and reside at Yonkers, NY:

On April 7, 2008 at 11:51 a.m. at 40 Jenna Lane, Staten Island, NY 10304, I served the within SUMMONS IN A CIVIL ACTION, COMPLAINT, RULE 7.1 STATEMENT, NOTICE REGARDING AVAILABILITY OF ELECTRONIC FILING AND JUDGES' RULES on MUHAMET NIKEZI, defendant therein named, by delivering a true copy of same to MIRSAD NIKEZI (Wife), a person of suitable age and discretion at the defendant's actual place of residence..

On April 8, 2008, I mailed a copy of the above documents to Muhamet Nikezi at, 40 Jenna Lane, Staten Island, NY 10304, his actual place of residence, by enclosing them in an envelope, postage prepaid, and depositing it in an official depository under the exclusive care and custody of the United States Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

I asked if Muhamet Nikezi was in the military service in any capacity and received a negative reply.

The person served is a white female, brown hair, 30-40 years old, 5'7"-5'9" in height, 120-130 pounds.

                                                           _____
                                                           Caswell Bryan
                                                           License No. 846846

Sworn to before me this
9th day of April 2008.

_____
NOTARY PUBLIC

BRUCE LAZARUS
NOTARY PUBLIC-STATE OF NEW YORK
No. 4990593
Qualified in Westchester County
My Commission Expires January 13, 2010

139 Fulton Street, New York, NY 10038
Tel: 212-393-9070 • 800-393-1277 • Fax: 212-393-9796

LegalEase, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

S B ICE, LLC, a Florida limited liability company,

                Plaintiff,       Index No.
-v-       08 CV 3164

MGN, LLC d/b/a TOUCH, MUHAMET NIKEZI,    AFFIDAVIT OF
et al.    SERVICE
               Defendants.

---

STATE OF NEW YORK  }
COUNTY OF NEW YORK  }ss:

Caswell Bryan, being duly sworn, deposes and says: I am not a party to this action, am over 18 years of age and reside at Yonkers, NY:

On April 1, 2008 at 5:16 p.m. at 240 West 52nd Street, New York, NY 10036, I served the within SUMMONS IN A CIVIL ACTION, COMPLAINT, RULE 7.1 STATEMENT, NOTICE REGARDING AVAILABILITY OF ELECTRONIC FILING AND JUDGES' RULES on MUHAMET NIKEZI, defendant therein named, by delivering a true copy of same to Liz, a person of suitable age and discretion at the defendant's actual place of business.

On April 2, 2008, I mailed a copy of the above documents to Muhamet Nikezi at 240 West 52nd Street, New York, NY 10036, his actual place of business, by enclosing them in an envelope, postage prepaid, and depositing it in an official depository under the exclusive care and custody of the United States Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

I asked if Muhamet Nikezi was in the military service in any capacity and received a negative reply.

The person served is a white female, brown hair, 25-35 years old, 5'6"-5'8" in height, 160-170 pounds.

                                                        _Caswell Bryan_
                                                        Caswell Bryan
                                                        License No. 846846

Sworn to before me this
2nd day of April 2008.

_NOTARY PUBLIC_

**LegalEase, Inc.**

139 Fulton Street, New York, NY 10038
Tel: 212-393-9070  •  800-393-1277  •  Fax: 212-393-9796

NOTARY PUBLIC-STATE OF NEW YORK
BRUCE LAZAR
No. 4990693
Qualified in Westchester County
My Commission Expires January 13, 20__