UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

S B ICE, LLC, a Florida limited liability company,

                                Plaintiff,                      Index No.
                -v-                                                             08 CV 3164

MGN, LLC d/b/a TOUCH, MUHAMET NIKEZI,           AFFIDAVIT OF
et al.                                                                    SERVICE
                                  Defendants.

---

STATE OF NEW YORK    }
COUNTY OF NEW YORK  }ss:

Bruce Lazarus, being duly sworn, deposes and says: I am not a party to this action, am over 18 years of age and reside at New York, NY:

On April 5, 2008 at 7:25 p.m. at 54 Suzanne Lane, Pleasantville, NY 10570, I served the within SUMMONS IN A CIVIL ACTION, COMPLAINT, RULE 7.1 STATEMENT, NOTICE REGARDING AVAILABILITY OF ELECTRONIC FILING AND JUDGES' RULES on NAIM NEZAJ, defendant therein named, by delivering a true copy of same to Hatema Nezaj, wife, and a person of suitable age and discretion at the defendant's dwelling place.

On April 7, 2008, I mailed a copy of the above documents to Naim Nezaj at 54 Suzanne Lane, Pleasantville, NY 10570, his last known address, by enclosing them in an envelope, postage prepaid, and depositing it in an official depository under the exclusive care and custody of the United States Postal Service within New York State.

The person served is a white female, brown hair, 45-55 years old, 5'4"-5'6" in height, 115-120 pounds.

                                                            Bruce Lazarus
                                                            Lic. 778916

Sworn to before me this
7th day of April 2008.

_____
NOTARY PUBLIC

JULIO DELARA
NOTARY PUBLIC-STATE OF NEW YORK
No. 01DE6119206
Qualified in New York County
Commission Expires November 29, 2008

139 Fulton Street, New York, NY 10038
Tel: 212-393-9070  •  800-393-1277  •  Fax: 212-393-9796

LegalEase, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

S B ICE, LLC, a Florida limited liability company,

                                 Plaintiff,                  Index No.
          -v-                                                       08 CV 3164

MGN, LLC d/b/a TOUCH, MUHAMET NIKEZI,        AFFIDAVIT OF
et al.                                                         SERVICE
                            Defendants.

---

STATE OF NEW YORK    }
COUNTY OF NEW YORK  }ss:

Caswell Bryan, being duly sworn, deposes and says: I am not a party to this action, am over 18 years of age and reside at Yonkers, NY:

On April 1, 2008 at 5:16 p.m. at 240 West 52nd Street, New York, NY 10036, I served the within SUMMONS IN A CIVIL ACTION, COMPLAINT, RULE 7.1 STATEMENT, NOTICE REGARDING AVAILABILITY OF ELECTRONIC FILING AND JUDGES' RULES on NAIM NEZAJ, defendant therein named, by delivering a true copy of same to Liz, a person of suitable age and discretion at the defendant's actual place of business.

On April 2, 2008, I mailed a copy of the above documents to Naim Nezaj at 240 West 52nd Street, New York, NY 10036, his actual place of business, by enclosing them in an envelope, postage prepaid, and depositing it in an official depository under the exclusive care and custody of the United States Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

I asked if Naim Nezaj was in the military service in any capacity and received a negative reply.

The person served is a white female, brown hair, 25-35 years old, 5'6"-5'8" in height, 160-170 pounds.

                                                                         _Caswell Bryan_
                                                                         Caswell Bryan
                                                                         License No. 846846

Sworn to before me this
2nd day of April 2008

_NOTARY PUBLIC_

**Legal**_Ease_
_Inc._

139 Fulton Street, New York, NY 10038
Tel: 212-393-9070  •  800-393-1277  •  Fax: 212-393-9796

BRUCE LAZARUS
NOTARY PUBLIC-STATE OF NEW YORK
No. 4990593
Qualified in Westchester County