UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

S B ICE, LLC, a Florida limited liability company,

                           Plaintiff,                  Index No.
        -v-                                                08 CV 3164

MGN, LLC d/b/a TOUCH, MUHAMET NIKEZI,      AFFIDAVIT OF
et al.                                                    SERVICE
                        Defendants.

---

STATE OF NEW YORK    }
COUNTY OF NEW YORK }ss:

Caswell Bryan, being duly sworn, deposes and says: I am not a party to this action, am over 18 years of age and reside at Yonkers, NY:

On April 1, 2008 at 5:16 p.m. at 240 West 52nd Street, New York, NY 10036, I served the within SUMMONS IN A CIVIL ACTION, COMPLAINT, RULE 7.1 STATEMENT, NOTICE REGARDING AVAILABILITY OF ELECTRONIC FILING AND JUDGES' RULES on MGN, LLC, d/b/a TOUCH, defendant therein named, by delivering a true copy of same to Liz, who originally stated she was authorized to accept, but then was told not to take them and to throw them out the door. I left the premises at that time.

The person served is a white female, brown hair, 25-35 years old, 5'6"-5'8" in height, 160-170 pounds.

                                                            _Caswell Bryan_
                                                            Caswell Bryan
                                                           License No. 846846

Sworn to before me this
2nd day of April 2008.

_____
NOTARY PUBLIC

BRUCE LAZARUS
NOTARY PUBLIC-STATE OF NEW YORK
No. 4990593
Qualified in Westchester County
My Commission Expires January 13, 20[??]

**LegalEase, Inc.**

139 Fulton Street, New York, NY 10038
Tel: 212-393-9070  •  800-393-1277  •  Fax: 212-393-9796

United States District Court
Southern District of New York

---

S B Ice, LLC, a Florida limited liability company,

-against-                                                    **AFFIDAVIT OF SERVICE**
                                                             Case # 08 CV 03164

MGN, LLC et al.

                                  Defendants.

---

CITY OF ALBANY SS:
STATE OF NEW YORK

William M. Irish, being duly sworn says: Deponent is over the age of eighteen years and is a resident of New York State, that: Deponent served the following specific papers in the above entitled action: Summons in a Civil Action, Complaint, Jury Trial Requested, Rule 7.1 Statement and Individual Practices in Civil Cases Denise Cote, United States District Judge, under Section 303 of the Limited Liability Company Law. The company which was served was: **MGN LLC**

That on the 2nd day of April, 2008 at approx. 1:45 p.m., at the office of Department of State of New York, in the City of Albany, two (2) copies of the aforesaid papers were served by personally delivering to and leaving with Carol Vogt known to me to be in the Corporation Division of the Department of State and empowered to receive such service. That at the time of making such service, deponent paid to the Secretary of State the fee prescribed by Law in the amount of $40.00.

Description of Carol Vogt - Senior Corporation Search Clerk
white female, approx. 50 yrs., 5'2", 120 lbs., brown hair

                                                      William M. Irish

Sworn to before me
this 2nd day of April 2008.

---

FRANK J. PANUCCI
Notary Public, State of New York
Qualified in Albany County
No. 4721156
Commission Expires July 31, 2010