UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
S B ICE, LLC
A Florida Limited liability company,

                          Plaintiff,

    -against-

MGN, LLC d/b/a/ TOUCH, a New York limited
Liability company, MUHAMET NIKEZI, an
Individual, and NAIM NEZAJ, and individual,

                          Defendants.
-------------------------------------------------------------------------- x

To the Clerk of this Court and all parties of record:

    PLEASE enter my appearance and take Notice that the undersigned counsel is hereby appearing as counsel for Defendants, MGN, LLC, MUHAMET NIKEZI, and NAIM NEZAJ, in the above captioned matter.

    I certify that I am admitted to practice in this Court.

Dated: New York, New York
       April 17, 2008

                                            By:   s/s Glenn A. Wolther
                                                  Glenn A. Wolther [GW-5740]
                                                  Law Office of Glenn A. Wolther
                                                  305 Broadway, Suite 1102
                                                  New York, New York 10007
                                                  Tel: (212) 964-2120
                                                  Fax: (212) 964-0763

cc.

Rachel B. Golman, Esq. (via ECF)
Michael I. Santucci, Esq. (via ECF)