

GLENN A. WOLTHER
ATTORNEY AT LAW
305 BROADWAY · SUITE 1102
NEW YORK, NEW YORK 10007
TEL: (212) 964-2120
FAX: (212) 964-0763

April 17, 2008

**Via Hand**
The Honorable Denise Cote
United States District Judge
500 Pearl Street, Room 1040
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-21-08
```

Re: *S B Ice, LLC v. MGN, LLC d/b/a/ Touch*, Et al.
    08 Cv 3164 (DLC)(MHD)

Dear Judge Cote:

I represent the defendants in the above referenced action and write to respectfully request that their time to answer or otherwise respond be enlarged from April 28, 2008 until May 12, 2008. This request is necessitated by the fact I was only today retained as counsel and I scheduled to depart tomorrow for a vacation out of the country. As such, I will not have sufficient time to prepare an appropriate response prior to the due dates. I have spoken with plaintiff's counsel, Rachel B. Goodman, Esq. and Michael I. Santucci, Esq. and they have consented to this request. No prior request for an enlargement has been made. Accordingly, it is respectfully requested that this application be granted. Thank you for your kind consideration of this matter.

Respectfully submitted,

Granted-
/s/ Denise Cote
April 18, 2008

Glenn A. Wolther  [GW-5740]
305 Broadway, Suite 1102
New York, New York 10007
Tel: (212) 964-2120
Fax:(212) 964-0763

cc: Rachel B. Goodman, Esq.
    Bracwell & Giuliani, LLP (Via fax) (212) 938-3835

Michael I. Santucci, Esq.
Santucci, Priore & Long, LLP (Via Fax) (954) 351-7475