UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
S B ICE, LLC,
a Florida limited liability company,

                Plaintiff,                              08 CV 3164 (DLC)

            v.

MGN, LLC d/b/a TOUCH, a New York limited        **DECLARATION OF SERVICE**
liability company, MUHAMET NIKEZI, an
individual, and NAIM NEZAJ, an individual,

                Defendants.

-----------------------------------------------------------------------x

      **DAVID J. BALL**, an attorney admitted to practice before the United States District Court of the Southern District of New York, affirms, subject to the penalties of perjury pursuant to Section 1746, that on the 23rd day of April, 2008, I served upon Defendants' Counsel a copy of the **Notice of Intital Pretrial Conference** along with a copy of the **Individual Practices in Civil Cases for the Honorable Denise Cote** by sending a copy of said documents via regular mail to:

      Glenn A. Wolther
      Attorney At Law
      305 Broadway, Suite 1102
      New York, New York 10007

Dated: New York, New York
         April 23, 2008


David J. Ball