UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

S B ICE, LLC,

    Plaintiff,

 - against -

MGN, LLC d/b/a TOUCH, MUHAMET NIKEZI,
and NAIM NEZAJ,

    Defendants.
------------------------------------------------------------x

SCANNED

08 CV 03164 (DLC)

**NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE**

 **PLEASE TAKE NOTICE** that pursuant to Rule 1.3(c) of the Local Rules of this Court, and upon the annexed Declaration of Rachel B. Goldman, dated April 16, 2008, including the exhibits attached thereto, and upon all prior papers, pleadings, and proceedings had and filed herein, the undersigned will move this Court, before the Honorable Denise L. Cote, United States District Judge, United States Courthouse, 500 Pearl Street, Courtroom 11B, New York, New York 10007, at a date and time to be determined by the Court, for an Order admitting Michael I. Santucci, Esq., *pro hac vice*, as counsel for plaintiff, S B ICE, LLC, for the purposes of the above-captioned case.

Dated: New York, New York
   April 16, 2008

                  Respectfully Submitted,

                  BRACEWELL & GIULIANI, LLP

             By: _____
                  Rachel B. Goldman, Esq.
                  1177 Avenue of the Americas
                  New York, New York 10036-2714
                  212-508-6135 (telephone)
                  212-938-3835 (facsimile)

                  *Attorneys for Plaintiff, S B ICE, LLC*

[Stamp: APR 18 2008]

[Handwritten: 90 925-64860?]

[Handwritten notation: So ordered. Denise Cote, June 2, 2008]

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/2/08