# SANTUCCI, PRIORE & LONG, LLP

http://www.500law.com

**MAIN OFFICE:**
500 W. Cypress Creek Road
Suite 500
Fort Lauderdale, Florida
33309
Tel: 954.351.7474
Fax: 954.351.7475

**PALM BEACH OFFICE:**
777 South Flagler Drive
Suite 800 - West Tower
West Palm Beach, Florida
33401
Tel: 561.659.3020
Fax: 561.515.6001

http://www.500law.com

**ATTORNEYS:**
Michael I. Santucci
S. Tracy Long
Joseph V. Priore
Allen F. Bennett ◊ ᵟ

**OF COUNSEL:**
Francis X. Castoro, P.A. °
Aaron M. Cohen, P.A. ‡ ˙

◊ Registered Patent Attorney

ᵟ Admitted in Arkansas and
  the U.S. Patent and
  Trademark Office Only

‡ Also admitted in NJ
° Also admitted in NY
˙ Also admitted in DC

June 18, 2008

**VIA DHL**

The Honorable Denise Cote
United States Courthouse
500 Pearl Street
Room 1040
New York, NY 10007



RE:   S B Ice, Inc. v. MGN, LLC, et al
      Case No. 08-CIV-3164 (DLC)

**MEMO ENDORSED**

Dear Judge:

    The Pretrial Conference in this matter has been set for this Friday, June 20, 2008, at 9:30 am. Plaintiff's trial counsel, Bracewell & Giuliani, LLP, will appear in person. Our firm, as Plaintiff's co-counsel admitted *Pro Hac Vice*, located in Florida, would like to appear telephonically. Please advise whether Your Honor would allow our telephonic appearing during the Friday's conference. We have contacted the Defendants to seek their consent, but have not received a response.

    Thank you for your consideration in this matter.

Sincerely,

SANTUCCI, PRIORE & LONG, LLP

By: _____
Michael I. Santucci, Esq.
For the Firm

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-19-08

MIS/jl

cc: Glenn A. Wolther (via First Class Mail)

Denied.

*Denise Cote*
June 19, 2008

INTELLECTUAL PROPERTY · COMMERCIAL PRACTICE · CIVIL LITIGATION