AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN    DISTRICT OF    NEW YORK

## APPEARANCE

Case Number: 08-cv-03164

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

S B Ice, L.L.C.,
Plaintiff

I certify that I am admitted to practice in this court.

| 6/20/2008 | *[signature]* |
|---|---|
| Date | Signature |
| | Rachel Bess Goldman |
| | Print Name / Bar Number |
| | 1177 Avenue of the Americas |
| | Address |
| | New York / NY / 10036 |
| | City / State / Zip Code |
| | (212) 508-6135 / (212) 938-3835 |
| | Phone Number / Fax Number |