```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
SB ICE, LLC, a Florida limited           :
liability company,                       :    08 CIV. 3164 (DLC)
                                         :
              Plaintiff,                 :    ORDER
                                         :
         -v-                             :
                                         :
MGN, LLC d/b/a TOUCH, a New York         :
limited liability company, MUHAMET       :
NIKEZI, an individual, and NAIM NEZAJ,   :
an individual,                           :
                                         :
              Defendants.                :
                                         :
---------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-20-08

DENISE COTE, District Judge:

An initial pretrial conference was scheduled for today. Principal trial counsel for the plaintiff did not appear. The April 18, 2008 "Notice of Initial Pretrial Conference" required that all conferences must be attended by the attorney who will serve as principal trial counsel. Accordingly, it is hereby

ORDERED that the conference is rescheduled to **June 27, 2008** at **9:30 a.m.**

Dated:   New York, New York
         June 20, 2008

                                   _____
                                           Denise Cote
                                   United States District Judge