UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
S B ICE, LLC
A Florida Limited liability company,

                                                                  **08 cv 3164 (DLC)**

                              Plaintiff,
          -against-

MGN, LLC d/b/a/ TOUCH, a New York limited       **RULE 7.1 STATEMENT**
Liability company, MUHAMET NIKEZI, an
Individual, and NAIM NEZAJ, and individual,


                                 Defendants.
-------------------------------------------------------------------- x


      Defendant, MGN, LLC d/b/a Touch, by its attorney the Law Office of Glenn A. Wolther makes the following required statement, pursuant to Fed. R. Civ. P. 7.1: (i) defendant MGN, LLC has no parent corporation(s) and, (ii) no publicly held corporation owns 10% or more of Defendant MGN, LLC's stock.


                                                             Law Office of Glenn A. Wolther

                              By:    s/s Glenn A. Wolther
                                     Glenn A. Wolther [GW-5740]
                                     Law Office of Glenn A. Wolther
                                     305 Broadway,  Suite 1102
                                     New York, New York 10007
                                     (212) 964-2120