# SANTUCCI, PRIORE & LONG, LLP
http://www.500law.com

June 23, 2008

**MAIN OFFICE:**
500 W. Cypress Creek Road
Suite 500
Fort Lauderdale, Florida
33309
Tel: 954.351.7474
Fax: 954.351.7475

**PALM BEACH OFFICE:**
777 South Flagler Drive
Suite 800 - West Tower
West Palm Beach, Florida
33401
Tel: 561.659.3020
Fax: 561.515.6001

http://www.500law.com

**ATTORNEYS:**
Michael I. Santucci
S. Tracy Long
Joseph V. Priore
Allen F. Bennett ʾ ˋ

**OF COUNSEL:**
Francis X. Castoro, P.A. °
Aaron M. Cohen, P.A. ʈ ˋ

**VIA DHL**

The Honorable Denise Cote
United States Courthouse
500 Pearl Street
Room 1040
New York, NY 10007

RE:    Request for Adjournment
       S B Ice, Inc. v. MGN, LLC, et al
       Case No. 08-CIV-3164 (DLC)



**MEMO ENDORSED**

Dear Judge:

The Pretrial Conference in this matter has been adjourned for Friday, June 27, 2008, at 9:30 am. However, I would not be able to attend it as rescheduled due to previously-arranged out-of-the-country, pre-paid, case-related travel. Furthermore, neither one of my partners could attend the conference as lead counsel due to other previously-scheduled court appearances in Florida, Calendar Call in Case No.: 0:06-cv-61736-DTKH, *Responsible Me v. Envenflo* for the Southern District of Florida, as well as due to the fact neither one is admitted *Pro Hac Vice* in this cause to date.

Therefore, I would greatly appreciate Your Honor's consent to an adjournment of the Pretrial Conference until either July 11th, 2008 or July 25th, 2008.

We have contacted the Defendants to seek their consent, once by email, and once by phone and we have received no response (see attached).

Thank you for your consideration in this matter.

*The conference is adjourned to July 25 at 3:30 pm.*
*[signed] Denise Cote*
*June 24, 2008*

Sincerely,

SANTUCCI, PRIORE & LONG, LLP

By: _____
Michael I. Santucci, Esq.
For the Firm

ʾ Registered Patent Attorney

ˋ Admitted in Arkansas and the U.S. Patent and Trademark Office Only

ʈ Also admitted in NJ
° Also admitted in NY
ˋ Also admitted in DC

MIS/jl

cc:   Glenn A. Wolther (via First Class Mail)
      Rachel B. Goldman (via First Class Mail)

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #: _____
DATE FILED: 6/24/08

INTELLECTUAL PROPERTY · COMMERCIAL PRACTICE · CIVIL LITIGATION