UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
SB ICE, LLC, a Florida limited       :
liability company,                   :   08 CIV. 3164 (DLC)
                                     :
                Plaintiff,           :   PRETRIAL
                                     :   SCHEDULING ORDER
     -v-                             :
                                     :
MGN, LLC d/b/a TOUCH, a New York     :
limited liability company, MUHAMET   :
NIKEZI, an individual, and NAIM NEZAJ,:
an individual,                       :
                                     :
                Defendants.          :
                                     :
-------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-31-08

DENISE COTE, District Judge:

 As set forth at the pretrial conference held pursuant to Rule 16, Fed.R.Civ.P., on July 25, 2008, the following schedule shall govern the further conduct of pretrial proceedings in this case:

 The following motion will be served by the dates indicated below.

 Defendants' motion to dismiss

- Motion served by **August 1, 2008**
- Opposition served by **August 22, 2008**
- Reply served by **September 8, 2008**

 At the time any Reply is served the moving party shall supply two courtesy copies of all motion papers to Chambers by delivering them to the Courthouse Mailroom, 8th Floor, United States Courthouse, 500 Pearl Street, New York, New York.

Dated:   New York, New York
         July 30, 2008

                                    _____
                                    DENISE COTE
                                    United States District Judge